## ALFRED J. FLACKHAMER *vs.* LAURA A. HIMES.

### PROVIDENCE—JULY 17, 1902.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1) *Specific Performance. Innocent Purchaser.*

Where A. had a written contract with B. for the conveyance to A. of certain real estate, B. at the same time being bound by another contract previously made to convey it to C., and under this latter contract the estate was conveyed to C., a purchaser in good faith, without notice of A.'s contract, no decree for specific performance can be made, but A. must be left to his remedy at law.

BILL IN EQUITY for specific performance.

(1) PER CURIAM. It appears in this case that the complainant

had a written contract with the respondent, Laura A. Himes, to convey to him certain real estate ; and that, at the same time, she was bound by another contract, previously given, to convey it to the respondent Potter.    Under this latter contract she has conveyed the estate to Potter, and, so far as appears, he was a purchaser in good faith and without notice of complainant's contract.

As the respondent has conveyed the estate, and as we do not find that such conveyance was fraudulent as to the complainant, no decree for specific performance can be entered.

The complainant has only his remedy at law.

Bill dismissed.

*F. P. Owen*, for complainant.
*J. C. Collins, Jr.*, for respondent.